IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60409
Summary Calendar
_____


ABDELHAMID BELLI,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A 74 697 691
_____

March 25, 1999

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:*

Abdelhamid Belli appeals the decision of the Board of
Immigration Appeals denying his application for asylum and
withholding of deportation.  After reviewing the record and the
briefs of the parties, we find that substantial evidence supports
the Board's decision that Belli is not eligible for asylum and
withholding of deportation.  See Carbajal-Gonzalez v. INS, 78
F.3d 194, 197 (5th Cir. 1996).  Accordingly, Belli's petition for
review is DENIED.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

PETITION FOR REVIEW DENIED.